

PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:17-SW-0846-AC |
| OTHER TOBACCO PRODUCTS LOCATED AT 6255 MCLEOD DRIVE, SUITE 13, LAS VEGAS, NEVADA 89120, | STIPULATION AND ~~PROPOSED~~ ORDER FOR INTERLOCUTORY SALE OF SEIZED PROPERTY |
| OTHER TOBACCO PRODUCTS LOCATED AT 10879 PORTAL DRIVE, SUITE B, LOS ALAMITOS, CALIFORNIA 90720, | **UNDER SEAL** |

It is hereby stipulated between the United States of America, by its attorney, Philip A. Talbert, United States Attorney for the Eastern District of California, and Kevin C. Khasigian, Assistant United States Attorney, and Rahman LAKHANI, by and through his attorney, Patrick Hanly (hereinafter "the parties"), that the seized Other Tobacco Products ("OTP") be sold on the following terms and conditions:

1.  On or about September 21, 2017, the Bureau of Alcohol Tobacco Firearms and Explosives ("ATF") seized approximately 100 assorted pallets of Other Tobacco Products during the execution of search warrants at warehouses associated with LAKHANI and/or his business, 21st Century Distribution, Inc., in Las Vegas, Nevada and Los Alamitos, California.

2.  The parties of this action have agreed to the following:

    a.  The defendant Other Tobacco Products seized from the Los Alamitos

Warehouse are inventoried in Attachment "A" and the defendant Other Tobacco Products seized from the Las Vegas Warehouse are inventoried in Attachment "B".

        b.     The defendant Other Tobacco Products are considered perishable property. In order to preserve the value of the *res* pending future litigation, the subject property shall be sold by interlocutory sale as outlined herein with the net proceeds of sale becoming the substitute *res*.

        c.     The sale shall be conducted by auction by the ATF or its contractors, VSE Corp. and/or Rick Levin and Associates Inc., in a commercially reasonable manner. The defendant Other Tobacco Products offered for sale under this auction will be sold "as-is, where-is" with reserve only, subject to the right of the ATF and/or United States Attorney's Office to reject any and all bids regardless of the final offer. The sale will be conducted to qualified, licensed buyers consistent with applicable state and federal law relating to wholesale tobacco products. The terms of sale shall include, but not be limited to, the following:

1. Bids from legitimate, qualified buyers will begin at 2/3 of the appraised value with reserve only, subject to the right of the ATF to reject any and all bids, and
2. The buyer shall be responsible for removing and transporting 100 percent of the purchased product within 30 days of the date of the sale.
3. The net sales proceeds of the sale will include the funds realized from the sale after payment of all seizure, storage, auction and sale costs, including, without limitation to, forfeiture seizure and arrest costs, storage costs, transportation expenses, sales commissions, advertising expenses and sales costs. The net proceeds of sale shall be deposited into the United States Marshals Service's seized asset account pending further order of the Court.
4. Rahman LAKHANI represents to the United States that no other person or entity holds an ownership interest in the defendant tobacco products.

///
///
///
///

DATED:    10/17/2017

PHILLIP A. TALBERT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


DATED:    10/17/2017

/s/ Patrick Hanly
PATRICK HANLY
Attorney for Rahman Lakhani

(As authorized via email)

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is APPROVED, the specific terms of which are incorporated by reference herein as if fully set forth.

Date: 10-17-17

HON. DEBORAH BARNES
United States Magistrate Judge

# EXHIBIT A

| itemnum | custodydate | description | priority | action | status | barcode | value | recoverylocation |
|---|---|---|---|---|---|---|---|---|
| 001000 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 12 PALLETS (258 BOXES) OF 5WISHER SWEETS 2CT POUCH CIGARILLOS - 1440 CIGARILLOS/BOX, PALLET 1-9 &11: 24 BOXES/PALLET, PALLET 10: 24 BOXES, MISSING 2 PACKS, PALLET 12: 18 BOXES , SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052008* | $78,960.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001001 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 13 PALLETS (837 BOXES) BUGLER 10 OZ BAGS PIPE TOBACCO - TOTAL OF 5022 10 OZ BAGS, 6 BAGS/BOX, PALLETS 1-11: 63 BOXES/PALLET, PALLETS 12-13: 72 BOXES/PALLET, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052087* | $55,242.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001002 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 7 PALLETS (68 BOXES) DUTCH MASTER CIGARS - 720 CIGARS/BOX; PALLETS 1,2,3,5,6 - 27 BOXES PER PALLETS, PALLET 4 - 29 BOXES PALLET 7 - 12 BOXES;, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052229* | $32,947.20 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001003 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 2 PALLETS (70 BOXES) JESTER 16 OZ BAGS OF TOBACCO - 6 BOXES OF 16 OZ BAGS/BOX, PALLET 1: 60 BOXES, PALLET 2: 10 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052315* | $49,140.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001004 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 2 PALLETS (47 BOXES) BUGLER .65 OZ POUCHES CIGARETTE TOBACCO - 144 POUCHES/BOX, PALLET 1 - 35 BOXES, PALLET 2- 12 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052371* | $18,476.64 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001005 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 7 PALLETS (456 BOXES) BUGLER 4 OZ BAGS PIPE TOBACCO - 12 BAGS/BOX PALLET1 - 80 BOXES, PALLETS 2, 4-6 - 70 BOXES EA., PALLET 3 - 66 BOXES, PALLET 7 -30 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052373* | $145,226.88 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001006 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 2 PALLETS (133 BOXES) BUGLER 6 OZ CANS CIGARETTE TOBACCO - 12 CANS/BOX, PALLET 1 - 72 BOXES, PALLET 2- 61 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052384* | $28,648.20 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001007 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 4 PALLETS (80 BOXES) GAME LEAF CIGARS - PALLET 1 - 24 BOXES 15/2 PACKS; PALLETS 2-3 - 24 BOXES 30/2 PACKS, PALLET 4 - 8 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052387* | $16,704.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001008 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 2 PALLETS (26 BOXES) SWISHER SWEETS TIP CIGARILLOS - PALLET 1- 12 BOXES PALLET 2 - 14 BOXES, SEIZE METHOD: Search Warrant | | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052390* | $8,892.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |

| Item | Date | Description | Seizure | Custody | Tag | Value | Location |
|---|---|---|---|---|---|---|---|
| 001009 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 3 PALLETS (60 BOXES) WHITE OWL CIGARILLOS - PALLET 1 24 BOXES 30/2 PKS, PALLET 2- 24 BOXES 30/2 PKS, PALLET 3 - 24 BOXES 30/2PKS, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052396* | $11,239.20 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001010 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 1 PALLET (18 BOXES) NATURAL LEAF CIGARILLOS - 15/2 PACKS, 24 IN A BOX, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052402* | $4,406.40 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001011 | 9/21/2017 | TOBACCO: OTHER TOBACCO, 2 PALLETS (50 BOXES) CAPTAIN BLACK PIPE TOBACCO - PALLET 1 - 32 BOXES 144 BAGS/BOX PALLET 2 -5 BOXES 12 CANS/BOX 18 BOXES 144 BAGS/BOX, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052408* | $34,631.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001013 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS MINI CIGARILLOS - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052635* | $1,120.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001014 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS TIP CIGARILLO5 - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052640* | $1,140.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001015 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS DIAMOND MINI CIGARILLOS - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052643* | $280.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001016 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARILLOS - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052644* | $342.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001017 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARILLOS - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052647* | $342.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001018 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS MINI CIGARILLOS - MISC PALLET 1, MASTER PALLET 58, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052649* | $633.34 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001019 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS QUALITY CIGARILLOS 3 BOXES 3840 - MISC PALLET 1 MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052651* | $129.20 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001020 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BLACK AND MILD CIGARS - MI5C PALLET 3 MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052658* | $1,965.16 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001021 | 9/21/2017 | TOBACCO: OTHER TOBACCO, REDMAN CHEWING TOBACCO 3 OZ PER POUCH - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052660* | $254.16 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001022 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BACKWOODS CIGARS - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052679* | $748.80 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001023 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BACKWOODS CIGARS 1200 - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052683* | $748.80 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |

| Item | Date | Description | Status | Custody | Tag | Value | Location |
|---|---|---|---|---|---|---|---|
| 001024 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARS 5 PAK - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052686* | $342.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001025 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS KINGS CIGARS - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052689* | $227.40 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001026 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS WOOD TIP CIGARS - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052699* | $374.40 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001027 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS SLIM CIGARILLOS - MISC PALLET 2, MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052710* | $374.40 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001028 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS BLUNT CIGARILLOS - MISC PALLET 2, MASTER PALLET 72, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052717* | $295.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001029 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARILLOS TWIN PAK - MISC PALLET 2, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052721* | $415.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001030 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS MINI CIGARILLOS 60 BOXES TOTAL 2700 CIGARILLOS - MISC PALLET 3, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052733* | $789.94 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001031 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARILLOS 40 BOXES 2000 ITEMS - MISC PALLET ,2 MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052736* | $376.80 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001032 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS CIGARILLOS BLACK COMBO PACK 1440 UNITS - MISC PALLET 1, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052740* | $312.80 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001033 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEET MINI CIGARILLOS 40 BOXES 4800 UNITS - MISC PALLET 3, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052742* | $560.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001034 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER 5 PAK CIGARILLOS 32 BOXES 3200 UNITS - MISC PALLET 3, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052743* | $512.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001035 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER FOR BOXES  2 PAK TIP CIGARILLOS - MISC PALLET 4 MASTER PALLET 61 , SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052746* | $648.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001036 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEET CIGARILLOS 800 UNITS - MISC PALLET 3, MASTER PALLET 60 (VALUED BY EACH), SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052908* | $116.00 | 10879 Portal DR Unit: Ste B Los Alamitos, CA 90720- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 001037 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BUGLER CIGARETTE TOBACCO 24 BOXES OF A DOZEN 288 TOTAL ITEMS AND 24 6 OZ CANS OF CIGARETTE TOBACCO - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052909* | $8,074.32 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001038 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BACKWOOD CIGARS 5 PAK 90 BOXES/40PER - MISC PALLET 3, MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052910* | $2,246.40 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001039 | 9/21/2017 | TOBACCO: OTHER TOBACCO, GARCIA VEGA 1882 CIGARS 2 BOXES OF 480 TOTAL CIGARS - MISC PALLET 1 MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052911* | $595.20 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001040 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BACKWOOD CIGARS 1200 TOTAL - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052912* | $748.80 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001041 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEETS BLACK STONE TIP CIGARS 6000 TOTAL - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052913* | $70.00 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001042 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEET CIGARILLOS 6000 - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052914* | $870.00 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001043 | 9/21/2017 | TOBACCO: OTHER TOBACCO, REDMAN CHEWING TOBACCO 216 POUCHES - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052915* | $762.48 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001044 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEET PERFECTO CIGARS - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052916* | $312.00 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001045 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SWISHER SWEET CIGARILLOS 4050 - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052917* | $769.50 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001046 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BACKWOOD CIGARS 3 PAK 90 BOXES - MISC PALLET 4, MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2053839* | $1,792.00 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001047 | 9/21/2017 | TOBACCO: OTHER TOBACCO, GARCIA VEGA 1882 CIGARS 9 BOXES OF 48 AND 1 BOX OF 46, = 478 TOTAL CIGARS - MISC PALLET 4 MASTER PALLET 61, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2053854* | $296.36 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001048 | 9/21/2017 | TOBACCO: OTHER TOBACCO, BLACK AND MILD CIGARS WITH TIP 21 BOXES 15,750 - MISC PALLET 3 MASTER PALLET 60, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2053872* | $9,198.00 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |
| 001049 | 9/21/2017 | TOBACCO: OTHER TOBACCO, GAME LEAF 4 DAMAGED BOXES NATURAL LEAF CIGARS - MISC PALLET 2 MASTER PALLET 59, SEIZE METHOD: Search Warrant | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2053873* | $748.80 | 10879 | Portal DR Unit: Ste B Los Alamitos, CA 90720- |

Total   $524,044.58

# EXHIBIT B

| itemnum | custodydate | description | action | status | barcode | value | overylocation |
|---|---|---|---|---|---|---|---|
| 002001 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS (PALLETS 1 & 2) WITH BUGLER CIGARETTE TOBACCO, EACH PALLET CONTAINING 56 CASES, EACH CASE CONTAINING 144 UNITS (POUCHES) FOR A TOTAL OF 16,128 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052588* | $35,669.76 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002002 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS (PALLETS 3 & 4) WITH JESTER PIPE TOBACCO, EACH PALLET CONTAINING 160 CASES (ONE ALL MENTHOL, THE OTHER ALL REGULAR), EACH CASE CONTAINING SIX 16-OUNCE UNITS FOR A TOTAL OF 1,920 UNITS., SEIZE METHOD: Warrantless/ | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052600* | $74,880.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002003 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 5) WITH BUGLER CIGARETTE TOBACCO, 28 CASES, EACH CASE CONTAINING 144 UNITS FOR A TOTAL OF 4,032 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052613* | $8,917.44 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002004 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 6) WITH SMOKER'S PRIDE PIPE TOBACCO, 80 CASES OF MENTHOL TASTE, EACH CASE CONTAINING SIX 16-OUNCE UNITS FOR A TOTAL OF 480 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052622* | $1,828.80 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002005 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS (PALLETS 7 & 8) OF SHOW CIGARILLOS, EACH WITH 42 CASES (POCO LOCO, SILVER), EACH CASE CONTAINING 1800 UNITS (CIGARILLOS) FOR A TOTAL OF 151,200 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052628* | $30,240.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002006 | 9/21/2017 | TOBACCO: OTHER TOBACCO, FOUR PALLETS (PALLETS 9-12), ALL WITH SHOW SPIRAL CIGARILLOS, EACH WITH 42 CASES, EACH CASE CONTAINING 1800 UNITS (CIGARILLOS) FOR A TOTAL OF 302,400 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052639* | $60,480.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002007 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS WITH SWISHER SWEETS CIGARILLOS, REGULAR, ONE (PALLET 13) WITH 28 CASES, THE OTHER (PALLET 14) WITH 26 CASES, EACH CASE CONTAINING 960 UNITS (CIGARILLOS) FOR A TOTAL OF 51,840 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052636* | $16,990.56 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002008 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS (PALLETS 15 & 16) OF BUGLER CIGARETTE TOBACCO, EACH WITH 120 CASES, EACH CASE CONTAINING TWELVE 16-OUNCE UNITS (CANS) FOR A TOTAL OF 2,880 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052656* | $51,600.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002009 | 9/21/2017 | TOBACCO: OTHER TOBACCO, THREE PALLETS (PALLETS 17-19), ALL WITH SHOW CIGARILLOS (BUZZ, ICE, AND WET & FRUITY), EACH WITH 42 CASES, EACH CASE CONTAINING 1800 UNITS (CIGARILLOS) FOR A TOTAL OF 226,800 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052648* | $45,360.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |

| ID | Date | Description | Status | Custody | Tag | Value | Location |
|---|---|---|---|---|---|---|---|
| 002010 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLETS 20) WITH GARCIA Y VEGA CIGARS (NATURAL SWEET), WITH 20 CASES, EACH CASE CONTAINING 720 UNITS (CIGARS) FOR A TOTAL OF 14,400 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052667* | $10,368.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002011 | 9/21/2017 | TOBACCO: OTHER TOBACCO, SIXTEEN PALLETS (PALLETS 21-36) ALL WITH SHOW SPIRAL CIGARILLOS (VARIOUS FLAVORS), EACH PALLET WITH 42 CASES, EACH CASE CONTAINING 1800 UNITS (CIGARILLOS) FOR A TOTAL OF 1,209,600 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052702* | $241,920.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002012 | 9/21/2017 | TOBACCO: OTHER TOBACCO, EIGHT PALLETS (PALLETS 37-44), ALL BUGLER CIGARETTE TOBACCO, EACH PALLET WITH 56 CASES, EACH CASE CONTAINING 144 6.5 OUNCE UNITS (POUCHES) FOR A TOTAL OF 64,512 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052711* | $142,679.04 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002013 | 9/21/2017 | TOBACCO: OTHER TOBACCO, THREE PALLETS, ALL SWISHER SWEETS (VARIOUS VARIETIES), ONE PALLET (PALLET 45) WITH 36 CASES, ONE PALLET (PALLET 46) WITH 35 CASES, AND ONE (PALLET 47) WITH 34 CASES, EACH CASE CONTAINING 1440 UNITS (CIGARILLOS) FOR A TOTAL O | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052723* | $30,975.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002014 | 9/21/2017 | TOBACCO: OTHER TOBACCO, THREE PALLETS, ALL SWISHER SWEETS (VARIOUS VARIETIES), ONE PALLET (PALLET 48) WITH 16 CASES, ONE PALLET (PALLET 49) WITH 27 CASES, AND ONE (PALLET 50) WITH 36 CASES, EACH CASE CONTAINING 1440 UNITS (CIGARILLOS) FOR A TOTAL O | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052731* | $23,305.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002015 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 51) OF SHOW CIGARILLOS WITH 34 CASES, EACH CONTAINING 1800 UNITS (CIGARILLOS) FOR A TOTAL OF 61,200 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052738* | $12,240.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002016 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 52) OF GOOD STUFF PREMIUM PIPE TOBACCO WITH 14 CASES, EACH CONTAINING 24 16-OUNCE UNITS (POUCHES) FOR A TOTAL OF 336 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052744* | $3,007.20 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002017 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO PALLETS OF BLUNT CONES (DIFFERENT VARIETIES), ONE PALLET (PALLET 53) WITH 40 CASES AND ANOTHER (PALLET 54) WITH 36 CASES, EACH CASE CONTAINING 30 CARTONS, EACH CARTON WITH 24 UNITS (CONES) FOR A TOTAL OF 26,880 UNITS., S | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052755* | $18,816.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002018 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 55) OF GOOD STUFF PREMIUM PIPE TOBACCO WITH FOUR BOXES OF 24-COUNT ONE-POUND BAGS FOR A TOTAL OF 96 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052764* | $859.20 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002019 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 55) OF GOOD STUFF PREMIUM PIPE TOBACCO WITH TWELVE BOXES OF 36-COUNT SIX-OUNCE BAGS FOR A TOTAL OF 432 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052774* | $3,866.40 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002020 | 9/21/2017 | TOBACCO: OTHER TOBACCO, THREE PALLETS OF CLIPPER CIGARILLOS (DIFFERENT VARIETIES), TWO PALLETS (PALLETS 56, 57) WITH 50 CASES EACH AND ONE (PALLET 58) WITH 22 CASES, EACH CASE CONTAINING 15 CARTONS, EACH CARTON WITH 60 UNITS (CIGARILLOS) FOR A TOTA | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052784* | $27,450.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002021 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 59) WITH BUGLER CIGARETTE TOBACCO, 70 CASES, EACH CASE CONTAINING 12 SIX-OUNCE UNITS (CANS) FOR A TOTAL OF 840 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052790* | $15,078.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002022 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 60) WITH SWISHER SWEETS CIGARILLOS, WITH 18 CASES OF MINI'S, EACH CASE CONTAINING 2400 UNITS (MINI CIGARILLOS) FOR A TOTAL OF 43,200 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052792* | $5,040.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 002023 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 61) WITH SWISHER SWEETS CIGARILLOS, TWO-COUNT POUCHES OF VARIOUS FLAVORS WITH 17 FULL CASES, EACH CASE CONTAINING 1440 UNITS (CIGARILLOS), AND AN EIGHTEENTH CASE WITH 1880 UNITS FOR A TOTAL OF 27,360 UNIT | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052794* | $5,070.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002024 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 62) OF WHITE OWL CIGARILLOS (MIXED FLAVORS) WITH 31 CASES, EACH CONTAINING 720 UNITS (CIGARILLOS) FOR A TOTAL OF 22,320 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052797* | $7,633.44 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002025 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 63) OF RACER CIGARS (MIXED FLAVORS) WITH 15 CASES, EACH CONTAINING 6000 UNITS (CIGARS) FOR A TOTAL OF 90,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052800* | $59,850.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002026 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 60) WITH SWISHER SWEETS CIGARILLOS, 20 CASES, EACH CASE CONTAINING 100 UNITS (CIGARILLOS) FOR A TOTAL OF 2,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052805* | $5,800.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002027 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 64) WITH ZIG ZAG CIGARILLOS, 12 CASES, EACH CASE CONTAINING 1080 UNITS (CIGARILLOS) FOR A TOTAL OF 12,960 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052808* | $72.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002028 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 64) WITH ZIG ZAG WRAPS, 2 CASES, EACH CASE CONTAINING 40 PACKS WITH 100 UNITS (WRAPS) EACH FOR A TOTAL OF 8,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052812* | $68.42 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002029 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 65) WITH BACKWOODS TOBACCO, 32 CASES, EACH CASE CONTAINING 1200 UNITS FOR A TOTAL OF 38,400 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052813* | $23,961.60 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002030 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 65) WITH BACKWOODS TOBACCO, 3 CASES, EACH CASE CONTAINING 900 UNITS (CIGARILLOS) FOR A TOTAL OF 2,700 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052816* | $1,792.80 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002031 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 65) WITH BACKWOODS TOBACCO, 3 CASES, EACH CASE CONTAINING 600 UNITS (CIGARILLOS) FOR A TOTAL OF 1,800 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052821* | $423.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002032 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARILLOS, 4 CASES OF PERFECTO, EACH CASE CONTAINING 2000 UNITS FOR A TOTAL OF 8,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052823* | $1,248.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002033 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARILLOS WITH ONE CASE OF PERFECTO, 2000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052826* | $312.00 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002034 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARS WITH ONE CASE OF SLIMS, 2000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052829* | $511.68 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002035 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARILLOS WITH ONE CASE OF WOOD TIPS, 2000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052830* | $511.68 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002036 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARILLOS WITH FOUR CASES OF BLUNTS, EACH CASE WITH 2000 UNITS FOR A TOTAL OF 10,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052832* | $1,935.20 | 6255 | MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |

| Item | Date | Description | Status | Custody | Tag | Value | Location |
|---|---|---|---|---|---|---|---|
| 002037 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARS WITH FIVE CASES OF GRAPE SWEET COMBO, 1440 UNITS EACH FOR A TOTAL OF 7,200 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052834* | $1,288.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002038 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARS WITH THREE CASES OF SWEETS CIGARILLOS, 960 UNITS PER CASE FOR A TOTAL OF 2,880 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052837* | $943.92 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002039 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 66) WITH SWISHER SWEETS CIGARS WITH FIVE CASES OF OUTLAWS CIGARILLOS, 960 UNITS PER CASE FOR A TOTAL OF 4,800 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052839* | $2,214.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002040 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 67) OF DUTCH MASTERS, WITH 38 CASES, EACH CONTAINING 720 UNITS (CIGARILLOS) FOR A TOTAL OF 27,360 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052842* | $5,472.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002041 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 68) OF SWISHER SWEETS ACID CIGARILLOS, WITH 29 CASES, EACH CONTAINING 360 UNITS (CIGARILLOS) FOR A TOTAL OF 10,440 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052843* | $14,500.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002042 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 69) WITH STARBUZZ TOBACCO, SIX ONE KILO HOOKAH TUBS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052846* | $449.94 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002043 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 70) WITH SHOW CIGARILLOS (VARIOUS FLAVORS) WITH 12 CASES, 2400 UNITS PER CASE FOR A TOTAL OF 28,800 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052848* | $5,760.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002044 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 70) WITH SHOW CIGARILLOS (VARIOUS FLAVORS) WITH SEVEN CASES, 1800 UNITS PER CASE FOR A TOTAL OF 12,600 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052859* | $2,520.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002045 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 70) WITH CLIPPER CIGARILLOS (VARIOUS FLAVORS), FIVE CASES, 2400 UNITS PER CASE FOR A TOTAL OF 12,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052852* | $7,200.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002046 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 70) WITH CLIPPER CIGARILLOS (VARIOUS FLAVORS), EIGHT CASES OF CHERRY, 6000 UNITS PER CASE FOR A TOTAL OF 48,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052864* | $12,000.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002047 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 71) WITH SWISHER SWEETS OPTIMO CIGARILLOS (SWEET), ONE CASE WITH 1440 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052868* | $310.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002048 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 71) WITH JESTER PIPE TOBACCO, SIX BAGS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052873* | $39.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002049 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 71) WITH NORWEGIAN SHAG TOBACCO, 29 CASES WITH 1250 UNITS EACH, FOR A TOTAL OF 36,250 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052875* | $7,250.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002050 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO CASES (ON PALLET 73) OF ROYAL BLUNTS WRAPS, EACH CONTAINING 1250 UNITS (CIGARILLOS) FOR A TOTAL OF 2,500 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052878* | $1,250.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002051 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PALLET (PALLET 72) KHALIL MAAMOON HOOKAH TOBACCO W/ EIGHT CASES CONTAINING 48 BOXES (UNITS) AND 17 ADDITIONAL BOXES OF 250 GRAM UNITS (65 UNITS IN ALL), WITH ANOTHER 39 BOXES OF 100 GRAM UNITS, FOR A TOTAL OF 104 UNITS., | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052894* | $1,142.96 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002052 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) WITH PRIME TIME LITTLE CIGARS (VARIOUS FLAVORS), SIX CASES WITH 6000 UNITS EACH FOR A TOTAL OF 36,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052890* | $420.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002053 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) CAPTAIN BLACK PIPE TOBACCO (CHERRY), TWO CASES CONTAINING 144 UNITS, FOR A TOTAL OF 288 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052879* | $1,379.52 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002054 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) SWISHER SWEETS TIP CIGARILLOS (MIXED FLAVORS), FOUR CASES CONTAINING 1440 UNITS, FOR A TOTAL OF 5,760 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052895* | $1,048.80 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002055 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) ROYAL BLUNTS WRAPS, SEVEN CASES CONTAINING 12,000 UNITS EACH, FOR A TOTAL OF 84,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052896* | $22,680.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002056 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) SMOKER'S CHOICE CIGARS, SEVEN CASES CONTAINING 12,000 UNITS (CIGARS) EACH, FOR A TOTAL OF 96,000 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052898* | $19,200.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002057 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) JESTER PIPE TOBACCO (MENTHOL), EIGHT CASES CONTAINING SIX UNITS (POUCHES) EACH, FOR A TOTAL OF 48 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052897* | $312.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002058 | 9/21/2017 | TOBACCO: OTHER TOBACCO, TWO CASES (ON PALLET 73) OF PHILLIES CIGARILLOS, EACH CONTAINING 720 UNITS (CIGARILLOS) FOR A TOTAL OF 1,440 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052850* | $288.00 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |
| 002059 | 9/21/2017 | TOBACCO: OTHER TOBACCO, ONE PARTIAL PALLET (PALLET 73) BUGLER PIPE TOBACCO, TWO CASES CONTAINING SIX (6) TEN OUNCE UNITS (BAGS), FOR A TOTAL OF 12 UNITS., SEIZE METHOD: Warrantless/PC | SEIZED ADMINISTRATIVELY | IN ATF CUSTODY | *2052901* | $318.48 | 6255 MCLEOD DR Unit: 13 LAS VEGAS, NV 89120 |

Total $1,078,746.84