| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | ROSANNE L. RUST |
| | MICHAEL D. ANDERSON |
| 3 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorneys |
| 4 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |



FILED

FEB 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

OTHER TOBACCO PRODUCTS LOCATED AT 6255 MCLEOD DRIVE, SUITE 13, LAS VEGAS, NEVADA 89120

OTHER TOBACCO PRODUCTS LOCATED AT 10879 PORTAL DRIVE, SUITE B, LOS ALAMITOS, CALIFORNIA 90720

2:17-SW-0846-AC
2:17-SW-0847-AC

ORDER RE: REQUEST TO UNSEAL DOCUMENTS

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the Stipulations and Orders for Interlocutory Sale in the above captioned proceedings be and are hereby unsealed.

Date: 2/13/2019

CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Unseal Documents