PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

**FILED**

Feb 10, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>OTHER TOBACCO PRODUCTS LOCATED AT 6255 MCLEOD DRIVE, SUITE 13, LAS VEGAS, NEVADA 89120 | CASE NO. 2:17-SW-00846-AC<br><br>ORDER TO PARTIALLY UNSEAL AND FILE A REDACTED COPY OF SEIZURE WARRANT APPLICATION AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that this matter be unsealed and that a redacted copy of the seizure warrant application and affidavit be filed on the public docket.  The original seizure warrant application and affidavit will remain sealed.  The government may produce a copy of the original sealed, seizure warrant application and affidavit to the defendant and defendant's counsel.

The Clerk is directed to file a redacted copy of the seizure warrant application and affidavit on the public docket.

Date:  2/10/23

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE